**JEFF M. HALL, ESQ. (SBN 192656)**
SMITH | HALL | STRONGIN LLP
27345 Ortega Highway, Suite 200
San Juan Capistrano, California 92675
Telephone: (949) 496-8101
Facsimile: (949) 496-0278
jhall@s-hlawyers.com

Attorneys for Plaintiffs Mohammad Redjai and Shahin Redjai

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD REDJAI, an individual, and SHAHIN REJDAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a federally chartered national banking association, THE BANK OF NEW YORK MELLON, a New York corporation, NEW PENN FINANCIAL, LLC, dba SHELLPOINT MORTGAGE SERVICING, a Delaware limited liability company, OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, a Minnesota corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. SACV15-cv-00427 JLS(DFMx)<br><br>Judge: Hon. Josephine L. Staton<br><br>**STIPULATION REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR DISMISSAL WITHOUT PREJUDICE**<br><br>[Filed concurrently with Proposed Order]<br><br>Action Filed: March 17, 2015<br>Trial Date: Not Set |

///

///

///

## RECITALS

Plaintiffs MOHAMMAD REDJAI and SHAHIN REDJAI (collectively, "Plaintiffs") and Defendants BANK OF NEW YORK MELLON fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-HY10 Mortgage Pass-Through Certificates, Series 2006-HY10, NEW PENN FINANCIAL, LLC, dba SHELLPOINT MORTGAGE SERVICING and OLD REPUBLIC DEFAULT MANAGEMENT SERVICES, a Division of Old Republic National Title Insurance Company (sued as "Old Republic National Title Insurance Company") (collectively, "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. WHEREAS, Plaintiffs filed the Complaint in this action on March 17, 2015;

2. WHEREAS, Plaintiffs filed a Motion for Preliminary Injunction ("Motion") on March 23, 2015;

3. WHEREAS, the Motion seeks to enjoin Defendants, and their officers, agents, servants, employees, representatives and attorneys, from engaging in or performing any act to deprive Plaintiffs of ownership or possession of Plaintiffs' primary residence, commonly known as 181 Sanctuary, Irvine, California 92620 ("Property"), including, but not limited to, proceeding with a trustee's sale of the Property, or from transferring any purported beneficial interest and/or assignment of rights in deeds of trust encumbering the Property, pending trial upon the merits of Plaintiffs' Verified Complaint or further order of this Court dissolving the injunction and/or authorizing foreclosure proceedings against the Property;

4. WHEREAS, Plaintiffs caused each of the Defendants to be served with the Complaint and Motion on or before March 30, 2015;

5. WHEREAS, a Notice of Trustee's Sale was recorded in the Orange County Recorder's Office on April 27, 2015, scheduling the Trustee's Sale of the Property for May 26, 2015;

6. WHEREAS, the parties now wish to stipulate to the Preliminary Injunction sought in the Motion and to dismiss the Defendants from the action without prejudice; and

7. WHEREAS, in the event Plaintiffs determine it necessary and/or expedient to bring some or all of the Defendants back into the case, Defendants agree that Plaintiffs may serve such Defendants through their attorneys of record in this action, identified herein below, via email and overnight mail, with the then operative Complaint and that the Defendants so served shall have twenty-one days from the date of mailing to file a responsive pleading.

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED, by and between Plaintiffs and Defendants, and each of them, and subject to the approval of this Court, that:

1. Defendants, and their officers, agents, servants, employees, representatives and attorneys, shall be enjoined via preliminary injunction from engaging in or performing any act to deprive Plaintiffs of ownership or possession of the property commonly known as 181 Sanctuary, Irvine, California 92620 ("Property"), including, but not limited to, proceeding with a trustee's sale of the Property. Such injunction shall survive any transfer of the beneficial interest of the loan at issue in this action encumbering the Property, or the assignment of the deed of trust associated with the loan at issue in this action encumbering the Property and shall be binding upon any such transferee or assignee.

2. Defendants shall take the Trustee's Sale of the Property currently set for May 26, 2015 off calendar.

3. The preliminary injunction shall remain in effect until the earliest of the dismissal of this action, a trial upon the merits of Plaintiffs' Verified Complaint or further order of this Court dissolving the preliminary injunction and/or authorizing foreclosure proceedings against the Property.

///

///

///

4. This action shall be dismissed without prejudice as to the Defendants only, expressly excluding defendant Bank of America, N.A.

IT IS SO STIPULATED.

Dated: May 7, 2015                    SMITH|HALL|STRONGIN LLP


                                      /s/ Jeff M. Hall
                                      Jeff M. Hall, Esq.
                                      Attorneys for Plaintiffs Mohammad Redjai
                                      and Shahin Redjai


Dated: May 7, 2015                    YU | MOHANDESI LLP


                                      /s/ Jason S. Yoo
                                      B. Ben Mohandesi, Esq.
                                      Jordan S. Yu, Esq.
                                      Jason S. Yoo, Esq.
                                      Attorneys for Defendants
                                      The Bank of New York Mellon fka The
                                      Bank of New York, as Trustee for the
                                      Certificateholders of the CWALT, Inc.,
                                      Alternative Loan Trust 2006-HY10
                                      Mortgage Pass-Through Certificates, Series
                                      2006-HY10; New Penn Financial, LLC,
                                      d/b/a Shellpoint Mortgage Servicing


Dated: May 7, 2015                    SEVERSON & WERSON
                                      A Professional Corporation


                                      /s/ David M. Liu
                                      David M. Liu, Esq.
                                      Attorneys for Defendant
                                      Old Republic Default Management Services,
                                      a Division of Old Republic National Title
                                      Insurance Company (sued as "Old Republic
                                      National Title Insurance Company")

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 27345 Ortega Highway, Suite 200, San Juan Capistrano, California 92675.

On May 7, 2015, I served the within document(s) described as:

**STIPULATION REGARDING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND FOR DISMISSAL WITHOUT PREJUDICE**

on the interested parties in this action as stated on the attached mailing list.

[X] **(BY MAIL)** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practices for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY OVERNIGHT DELIVERY)** I deposited in a box or other facility regularly maintained by OVERNIGHT SERVICE, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

[ ] **(BY FACSIMILE OR EMAIL)** Based upon an agreement of the parties to accept service by facsimile transmission or email, I caused the foregoing document(s) to be transmitted to a facsimile machine telephone number or email address as last given by counsel or party in pro per as set forth on the attached mailing list. No error was reported by the fax machine or email program and a true and correct copy of the transmission sheet or email confirmation is attached to the original of this Proof of Service.

[ ] **(BY PERSONAL DELIVERY)** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list and causing such envelope(s) to be delivered to the office of the addressee(s).

(Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on May 7, 2015, at San Juan Capistrano, California.

Vicki Cuevas

**PROOF OF SERVICE**

**SERVICE LIST**

| CASE NO. SACV15-cv-00427 JLS(DFMx) ||
|---|---|
| B. Ben Mohandesi, Esq.<br>Jason S. Yoo, Esq.<br>Yu Mohandesi LLP<br>633 West Fifth Street, Suite 2800<br>Los Angeles, CA 90071<br>(213) 377-5504<br>(213) 377-5501 - Fax<br>bmohandesi@yumollp.com<br>jasonyoo@yumollp.com | Attorneys for Defendants, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-HY10 Mortgage Pass-Through Certificates, Series 2006-HY10; New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing |
| David M. Liu, Esq.<br>Kristin L. Walker-Probst, Esq.<br>Severson & Werson, APC<br>The Atrium<br>19100 Von Karman Avenue, Suite 700<br>Irvine, California 92612<br>(949) 442-7110<br>(949) 442-7118 - Fax<br>dml@severson.com<br>klw@severson.com | Attorneys for Defendant Old Republic Default Management Services, a Division of Old Republic National Title Insurance Company (sued as "Old Republic National Title Insurance Company") |